IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:  
ROBERT, VICTORIA ELISA

Debtor(s)

CHAPTER 7 CASE

CASE NO. 06-70111 MB

Judge  Manuel Barbosa

## TRUSTEE'S FINAL REPORT (PRE-DISTRIBUTION REPORT)

To:    THE HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE

NOW COMES JAMES E. STEVENS, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on 02/01/06. The Trustee was appointed on 02/01/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of September 5, 2007 is as follows:

    a.    RECEIPTS (See Exhibit C)                                $    13,580.97

    b.    DISBURSEMENTS (See Exhibit C)                    $         23.75

EXHIBIT A

c. NET CASH available for distribution $ 13,557.22

d. ADMINISTRATIVE EXPENSES:

1. Trustee compensation requested (See Exhibit E) $ 2,108.10
2. Trustee Expenses (See Exhibit E) $ 0.00
3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) $ 0.00

4. Other unpaid administrative expenses (See Exhibit G) $ _____

5. The Bar Date for filing unsecured claims expired on 06/29/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee, and a report is attached as Exhibit E. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a. Allowed unpaid secured claims $ 0.00

b. Chapter 7 Administrative and 28 U.S.C. §1930 claims $ 4,956.10

c. Allowed Chapter 11 Administrative Claims $ 0.00

d. Allowed priority claims $ 0.00

e. Allowed unsecured claims $ 20,041.02

7. Trustee proposes that unsecured creditors receive a distribution of 42.92% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,848.00.

9. A fee of $600.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

EXHIBIT A

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).  The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: September 5, 2007

_____
JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611

EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

1. Review Petition and schedules; conduct Section 341(a) Meeting of Creditors.

2. Investigate Debtor's assets.

3. Open and maintain bank accounts

4. Obtain FEIN

5. Prepare Trustee's reporting forms including semi-annuals.

6. Correspondence to U.S. Trustee's Office.

7. Telephone conference with Debtor's attorney.

8. Preparation of Asset Notice and filing of same.

9. Telephone conversations with creditors.

10. Correspondence to Debtor's attorney.

11. Issue payments by Trustee.

12. Determination of estate tax liability.

13. Preparation of Trustee Final Report.

EXHIBIT A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 06-70111 MB | Trustee: (330420) | JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | ROBERT, VICTORIA ELISA | Filed (f) or Converted (c): | 02/01/06 (f) |
| | | §341(a) Meeting Date: | 03/09/06 |
| Period Ending: | 09/05/07 | Claims Bar Date: | 06/29/06 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash | 5.00 | 0.00 | DA | 0.00 | FA |
| 2 | checking: Chase Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | tapes | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | clothing | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | jewelry | 175.00 | 0.00 | DA | 0.00 | FA |
| 7 | bicycle | 25.00 | 0.00 | DA | 0.00 | FA |
| 8 | retirement plan | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | arrearage of unpaid child support | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2005 earned income credit | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2002 Dodge Caravan | 5,700.00 | 0.00 | DA | 0.00 | FA |
| 12 | dog, rabbit | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | fraudulent conveyance Lund Street Property | 269,900.00 | 13,500.00 | DA | 13,500.00 | FA |
| 14 | 1110 31st Street, Rockford, IL (u) | 125,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 80.97 | Unknown |
| 15 | Assets Totals (Excluding unknown values) | $410,205.00 | $13,500.00 | | $13,580.97 | $0.00 |

Printed: 09/05/2007 10:06 AM   V.9.55

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 06-70111 MB | Trustee: (330420) | JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | ROBERT, VICTORIA ELISA | Filed (f) or Converted (c): | 02/01/06 (f) |
| | | §341(a) Meeting Date: | 03/09/06 |
| Period Ending: | 09/05/07 | Claims Bar Date: | 06/29/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   December 31, 2006           Current Projected Date Of Final Report (TFR):   September 5, 2007 (Actual)

Printed: 09/05/2007 10:06 AM   V.9.55

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-70111 MB | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | ROBERT, VICTORIA ELISA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*69-65 - Money Market Account |
| Taxpayer ID #: | 13-7540725 | | Blanket Bond: | $152,000.00  (per case limit) |
| Period Ending: | 09/05/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/18/06 | {13} | Alpine Bank | Payment from Victoria E. Robert | 1141-000 | 11,000.00 | | 11,000.00 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.41 | | 11,002.41 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.71 | | 11,010.12 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.23 | | 11,017.35 |
| 12/11/06 | {13} | VICTORIA E. ROBERT | | 1141-000 | 1,400.00 | | 12,417.35 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.52 | | 12,424.87 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.28 | | 12,433.15 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.19 | | 12,439.34 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.64 | | 12,445.98 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.86 | | 12,452.84 |
| 05/22/07 | {13} | Victoria E. Robert | payment on fraudulent transfer | 1141-000 | 200.00 | | 12,652.84 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.88 | | 12,659.72 |
| 06/04/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2007 FOR CASE #06-70111, Bond #016018067 term: 6/1/07 to 6/1/08 | 2300-000 | | 23.75 | 12,635.97 |
| 06/25/07 | {13} | Victoria E. Robert | payment on fraudulent conveyance | 1141-000 | 200.00 | | 12,835.97 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.53 | | 12,842.50 |
| 07/31/07 | {13} | Victoria E. Robert | | 1141-000 | 700.00 | | 13,542.50 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.31 | | 13,549.81 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.41 | | 13,557.22 |

| | | | Subtotals : | $13,580.97 | $23.75 | |
|---|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 09/05/2007 10:06 AM   V.9.55

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-70111 MB | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | ROBERT, VICTORIA ELISA | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****69-65 - Money Market Account |
| Taxpayer ID #: | 13-7540725 | Blanket Bond: | $152,000.00 (per case limit) |
| Period Ending: | 09/05/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 13,580.97 | 23.75 | $13,557.22 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 13,580.97 | 23.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13,580.97 | $23.75 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****69-65 | 13,580.97 | 23.75 | 13,557.22 |
| | $13,580.97 | $23.75 | $13,557.22 |

{} Asset reference(s)  Printed: 09/05/2007 10:06 AM   V.9.55

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
ROBERT, VICTORIA ELISA

CASE NO. 06-70111 MB

Judge Manuel Barbosa

Debtor(s)

## DISTRIBUTION REPORT

I, **JAMES E. STEVENS**, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $ 4,956.10 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)&(9)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| General Unsecured Claims: | $ 8,601.12 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$ 13,557.22** |

EXHIBIT D

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

    a. $4,956.10 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | JAMES E. STEVENS | 2,108.10 | 2,108.10 |
| | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 2,848.00 | 2,848.00 |
| | TOTAL $ | | 4,956.10 |

    b. $8,601.12 for general unsecured creditors who have filed claims allowed in the total amount of $20,041.02, yielding a dividend of 42.92%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $20,041.02 | 42.92% |

| CLAIM NUMBER | | CREDITOR | AMOUNT REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | 1 | Discover Bank/Discover Financial Services | 5,068.95 | 2,175.47 |
| | 2 | Household Bank (SB), N.A. (Menards) | 715.89 | 307.24 |
| | 3 | Chase Bank USA, N.A. | 10,466.94 | 4,492.16 |
| | 4 | CAPITAL ONE BANK | 3,789.24 | 1,626.25 |
| | | TOTAL $ | | 8,601.12 |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: September 5, 2007

                                    JAMES E. STEVENS, Trustee
                                    BARRICK, SWITZER, LONG
                                    BALSLEY & VAN EVERA
                                    6833 Stalter Drive
                                    Rockford, IL 61108

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
ROBERT, VICTORIA ELISA

CASE NO. 06-70111 MB

Judge Manuel Barbosa

Debtor(s)

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE

NOW COMES <u>JAMES E. STEVENS</u>, Trustee herein, pursuant to 11 U.S.C. §330, and requests $<u>2,108.10</u> as compensation, and $<u>0.00</u> for reimbursement of expenses, $<u>0.00</u> amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $<u>13,580.97</u>. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 ($1,250.00 max.) | $ | 1,250.00 |
| 10% of next $45,000.00 ($4,500.00 max.) | $ | 858.10 |
| 5% of next $950,000.00 ($47,500.00 max.) | $ | 0.00 |
| 3% of balance | $ | 0.00 |
| TOTAL COMPENSATION | $ | 2,108.10 |

A description of the nature of the services performed by the Trustee is attached.

EXHIBIT E

## TRUSTEE'S NARRATIVE

Re: Victoria Elisa Robert, Bankruptcy
Case No. 06-70111

The Trustee's activity in this case dealt solely with the recovery of an alleged fraudulent conveyance to the Debtor's mother. Pre-petition, the Debtor had owned real estate and within one (1) year prior to the filing of the Bankruptcy had sold said real estate and repaid the Debtor's mother approximately $35,000.00 from the sale proceeds allegedly to repay the mother for a loan to purchase the real estate originally.

The Trustee made a demand for the information concerning the real estate transaction and upon receipt of that information continued with the collection of the fraudulent conveyance.

The Trustee obtained a market analysis on the real estate that was transferred. After receipt of the market analysis the Trustee requested $15,000.00 from the Debtor's mother regarding the alleged fraudulent conveyances. The Debtor's mother claimed defenses to the alleged fraudulent conveyance.

The Trustee ultimately settled for a lesser amount based upon the cash settlement paid in full. During the administration of this case, it was necessary for the Trustee to file Motions to Extend Time to Object to the Debtor's discharge.

The sale of the real estate and the payment to the mother was not listed on the Debtor's Schedules.

The majority of the Trustee's time in administering the case was in collecting the alleged fraudulent conveyance.

The Trustee has also reviewed the claims filed herein and has no objections to the claims filed.

### Law Offices
### BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP
6833 Stalter Drive, First Floor
Rockford, IL  61108
(815) 962-6611   FAX (815) 962-0687
FEIN 36-2408289

---

VICTORIA ROBERT

PAGE: 1
09/05/2007
ACCOUNT NO:   74642-001Z
STATEMENT NO:   1

TRUSTEE CASE - TRUSTEE TIME

JAMES E. STEVENS

INTERIM STATEMENT

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 03/02/2006 | JES | RECEIVE AND REVIEW PETITION AND SCHEDULES | 0.00 | 0.30 | |
| 03/09/2006 | JES | 341 MEETING - DISCOVERY OF FRAUDULENT CONVEYANCES | 0.00 | 0.30 | |
| 03/16/2006 | JES | RECEIVE AND REVIEW LETTER FROM DEBTOR'S ATTORNEY | 0.00 | 0.30 | |
| | JES | INVESTIGATION AS TO FRAUDULENT CONVEYANCE AND VALUE OF REAL ESTATE | 0.00 | 0.50 | |
| 07/13/2006 | JES | RECEIVE AND REVIEW MARKET ANALSYSIS OF REAL ESTATE | 0.00 | 0.30 | |
| 08/28/2007 | JES | RECEIVE AND REVIEW CLAIMS | 0.00 | 0.80 | |
| 09/04/2007 | JES | PREPARATION OF FINAL REPORT | 0.00 | 1.00 | |
| | | James E. Stevens (JES) | | 3.50 | 0.00 |

VICTORIA ROBERT  PAGE: 2
                 09/05/2007
ACCOUNT NO: 74642-001Z
STATEMENT NO: 1

TRUSTEE CASE - TRUSTEE TIME

JAMES E. STEVENS

| | Rate | |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 3.50 | 0.00 |

| TIMEKEEPER | HOURLY RATE | | TOTAL |
|---|---|---|---|
| James E. Stevens (JES) | 3.50 | $0.00 | $0.00 |

BALANCE DUE $0.00

WE ACCEPT AMERICAN EXPRESS, DISCOVER, MASTERCARD & VISA

PLEASE INCLUDE YOUR ACCOUNT NUMBER WITH YOUR PAYMENT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:  
ROBERT, VICTORIA ELISA

CASE NO. 06-70111 MB

Judge Manuel Barbosa

Debtor(s)

## APPLICATION OF TRUSTEE'S COUNSEL (OTHER PROFESSIONAL) FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:   HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE

JAMES E. STEVENS, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on 02/01/06. This Court on April 17, 2006 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $2,848.00 in compensation for 13.15 hours of services performed for the period March 16, 2006 through present.

3. Attached as Exhibit A is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

4. The time expended and services rendered by the Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| Stephen G. Balsley | 1.00 | $235.00 | $235.00 |
| James E. Stevens | 3.40 | $225.00 | $765.00 |
| James E. Stevens | 2.80 | $235.00 | $658.00 |

EXHIBIT F

| Tyler A. Moore | 5.95 | $200.00 | $1,190.00 |

5. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

6. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $2,848.00 for legal services rendered in this case.

Dated: September 5, 2007

RESPECTFULLY SUBMITTED,

_____
JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108

EXHIBIT F

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| JAMES E. STEVENS | $ 0.00 | $ 2,108.10 | $ 2,108.10 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | $ 0.00 | $ 2,848.00 | $ 2,848.00 |
| TOTALS | $ 0.00 | $ 4,956.10 | $ 4,956.10 |

Law Offices
BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP
6833 Stalter Drive, First Floor
Rockford, IL  61108
(815) 962-6611    FAX (815) 962-0687
FEIN 36-2408289

---

VICTORIA ROBERT

PAGE: 1
09/05/2007
ACCOUNT NO:  74642-000Z
STATEMENT NO:  1

TRUSTEE CASE - ATTORNEY TIME

JAMES E. STEVENS

INTERIM STATEMENT

| Date | | | Rate | | |
|---|---|---|---|---|---|
| 07/30/2007 | SGB | COURT APPEARANCE ON MOTION TO SHOW CAUSE; CONFER WITH ATTORNEY FLANDERS; OBTAIN ORDER REQUIRING DEBTOR TO APPEAR ON AUGUST 13, 2007. | 235.00 | 1.00 | |
| | | Stephen G. Balsley (SGB) | | 1.00 | 235.00 |
| 03/15/2006 | JES | NOTICE, MOTION AND ORDER TO EMPLOY. | 225.00 | 0.70 | |
| 04/17/2006 | JES | COURT HEARING ON EMPLOYMENT. | 225.00 | 1.00 | |
| 09/13/2006 | JES | COURT HEARING REGARDING 727 EXTENSION. | 225.00 | 0.70 | |
| 09/18/2006 | JES | COURT HEARING REGARDING MOTION TO COMPROMISE. | 225.00 | 1.00 | |
| 03/15/2007 | JES | RULE TO SHOW CAUSE. | 235.00 | 0.50 | |

VICTORIA ROBERT                                                                         09/05/2007
ACCOUNT NO:    74642-000Z
STATEMENT NO:    1

TRUSTEE CASE - ATTORNEY TIME

JAMES E. STEVENS

|  |  |  | Rate |  |  |
|---|---|---|---|---|---|
| 04/25/2007 | JES | OFFICE CONFERENCE WITH DEBTOR'S ATTORNEY; COURT HEARING ON RULE TO SHOW CAUSE REGARDING PAYMENT. | 235.00 | 0.90 |  |
| 06/27/2007 | JES | COURT HEARING ON AMENDED RULE TO SHOW CAUSE. | 235.00 | 0.70 |  |
| 08/13/2007 | JES | COURT HEARING REGARDING RULE TO SHOW CAUSE. | 235.00 | 0.70 |  |
|  |  | James E. Stevens (JES) |  | 6.20 | 1,423.00 |
| 05/02/2006 | TAM | DRAFT MOTION TO EXTEND DEADLINE FOR 727 COMPLAINTS | 200.00 | 0.30 |  |
| 05/10/2006 | TAM | COURT APPEARANCE ON MOTION TO EXTEND 727 DEADLINE; CONFERENCE WITH ATTORNEY FLANDER | 200.00 | 0.50 |  |
| 05/23/2006 | TAM | MEMO TO JAMES E. STEVENS; RESEARCH REAL PROPERTY RECORDS | 200.00 | 0.50 |  |
| 06/29/2006 | TAM | DRAFT MOTION TO EXTEND DEADLINE FOR FILING 727 OBJECTIONS | 200.00 | 0.40 |  |
| 07/05/2006 | TAM | COURT APPEARANCE ON MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE | 200.00 | 0.75 |  |
| 08/08/2006 | TAM | PHONE CONFERENCE WITH GARY FLANDERS | 200.00 | 0.20 |  |
|  | TAM | DRAFT MOTION TO EXTEND DEADLINE |  |  |  |

PAGE: 3
09/05/2007

VICTORIA ROBERT

ACCOUNT NO: 74642-000Z
STATEMENT NO: 1

TRUSTEE CASE - ATTORNEY TIME

JAMES E. STEVENS

|  |  |  | Rate |  |  |
|---|---|---|---|---|---|
|  | FOR 727 COMPLAINTS |  | 200.00 | 0.30 |  |
| 08/16/2006 TAM | COURT APPEARANCE ON MOTION TO EXTEND 727 DEADLINE |  | 200.00 | 1.00 |  |
| 08/22/2006 TAM | PREPARATION OF MOTION TO COMPROMISE |  | 200.00 | 0.75 |  |
| 09/18/2006 TAM | COURT APPEARANCE ON MOTION TO EXTEND 727 AND MOTION TO COMPROMISE |  | 200.00 | 0.75 |  |
| 06/27/2007 TAM | COURT APPEARANCE ON MOTION FOR RULE TO SHOW CAUSE - CONTINUED |  | 200.00 | 0.50 |  |
|  |  |  |  | 5.95 | 1,190.00 |
|  | Tyler A. Moore |  |  |  |  |
|  | FOR CURRENT SERVICES RENDERED |  |  | 13.15 | 2,848.00 |

| TIMEKEEPER |  | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen G. Balsley (SGB) | 1.00 | $235.00 | $235.00 |
| James E. Stevens (JES) | 3.40 | 225.00 | 765.00 |
| James E. Stevens (JES) | 2.80 | 235.00 | 658.00 |
| Tyler A. Moore | 5.95 | 200.00 | 1,190.00 |

TOTAL CURRENT WORK                                                          2,848.00

BALANCE DUE                                                                $2,848.00

WE ACCEPT AMERICAN EXPRESS, DISCOVER, MASTERCARD & VISA

PLEASE INCLUDE YOUR ACCOUNT NUMBER WITH YOUR PAYMENT