Case Name:  LINDA L. PRYZBYLSKI.
Case No:    06 B 70640

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: September 8, 2007            WILLIAM T. NEARY
                                    United States Trustee, Region 11


                            BY:   __/s/_____
                                  CAROLE J. RYCZEK
                                  Attorney for the U.S. Trustee