IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
PRZYBYLSKI, LINDA L

CASE NO. 06-70640 MB

Judge Manuel Barbosa

Debtor(s)

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 220
   Rockford, IL 61101

   on: October 22, 2007
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 2,474.70 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ 0.00 | $ 4,563.50 | |

**EXHIBIT A**

4. The Trustee's Final Report shows total:

   a. Receipts                                       $     17,246.95

   b. Disbursements                                  $         26.22

   c. Net Cash Available for Distribution            $     17,220.73

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $9,432.53, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $50,728.33, resulting in an approximate distribution of 18.59% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: 9/5/07

_____
James E. Stevens

EXHIBIT A

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0640   Doc 35   Filed 09/19/07   Entered 09/22/07 00:24:46   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: lorsmith           Page 1 of 1             Date Rcvd: Sep 19, 2007
Case: 06-70640                Form ID: pdf002          Total Served: 13

The following entities were served by first class mail on Sep 21, 2007.
db           +Linda L Przybylski,    11719 East Woodcreek Dr.,Apt. A,    Huntley, IL 60142-7336
aty          +Stephen J Costello,    Costello & Costello,   19 N Western Ave Rt 31,
               Carpentersville, IL 60110-1730
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
10696343      AT&T Universal Card,    P O Box 688905,   Des Moines, Ia 50368-8905
10925421     +Bank of America N.A.,    POB 26012,   NC4-105-03-14,    Greensboro NC 27420-6012
10696344      Chase,    Cardmember Service,    P O Box 15153,    Wilmington, DE 19886-5153
10784044     +Chase Bank USA, NA,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10696345      Chase Cardmember Card,    P O Box 15153,    Wilmington, De 19886-5153
10877109      Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,   The Lakes, NV 88901-6305
10831929      Lawrence G Reinhold,    Weinstein & Riley PS,    25211 East Roycourt,
               Huntington Woods, MI  48070-1751
10696347     +Rental Systems LLC,    Dundee, Illinois 60118

The following entities were served by electronic transmission on Sep 20, 2007.
10925421     +E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 20 2007 04:04:15      Bank of America N.A.,
               POB 26012,    NC4-105-03-14,   Greensboro NC 27420-6012
10696346      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 20 2007 04:05:15      Discover Card,
               P O Box 30395,    Salt Lake City, Ut 84130-0395
10766843      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 20 2007 04:05:14
               DiscoverBank/DiscoverFinancialServices,    P. O. Box 8003,    Hilliard, OH  43026
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 21, 2007**                          **Signature:** _Joseph Speetjens_