UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| LINDA L. PRZYBYSLKI, | ) | Case No. 06-70640 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. Evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, JAMES E. STEVENS

CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: January 22, 2008

WILLIAM T. NEARY,
United States Trustee

By: Carole Ryczek, Attorney for the U.S. Trustee

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 01, 2007 through November 30, 2007
Account Number: **000312976861866**

## CUSTOMER SERVICE INFORMATION

Service Center:    1-800-634-5273



00015061 DBI 802 24 33707 - NNN  1 000000000 68 0000
06-70640 PRZYBYLSKI LINDA L
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY  Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $4,670.36 |
| Checks Paid | 5 | - 4,670.36 |
| Ending Balance | 5 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 11/01 | $250.00 |
| 102 | 11/01 | 250.00 |
| 103 | 11/01 | 250.00 |
| 109 * | 11/01 | 3,564.00 |
| 110 | 11/01 | 356.36 |
| Total Checks Paid |  | $4,670.36 |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/01 | $0.00 |

**JPMorganChase**

June 01, 2007 through June 29, 2007
Account Number: **000312976861865**

**IMAGES**

ACCOUNT # 000312976861865



009170758352 JUN 14 #0000001001 $26.22



009170758352 JUN 14 #0000001001 $26.22



**JPMorganChase**

November 01, 2007 through November 30, 2007
Account Number: **000312976861866**

**IMAGES**

ACCOUNT # 000312976861866




009070653041 NOV 01 #0000000101 $250.00



009070653041 NOV 01 #0000000101 $250.00



009070653042 NOV 01 #0000000102 $250.00



009070653042 NOV 01 #0000000102 $250.00

Page 2 of 4

**JPMorganChase**

November 01, 2007 through November 30, 2007
Account Number: **000312976861866**

ACCOUNT # 000312976861866





009070653043 NOV 01 #0000000103 $250.00



009070653043 NOV 01 #0000000103 $250.00



009070568473 NOV 01 #0000000109 $3,564.00



009070568473 NOV 01 #0000000109 $3,564.00

**JPMorganChase**

November 01, 2007 through November 30, 2007
Account Number: **000312976861866**

ACCOUNT # 000312976861866




009070568488 NOV 01 #0000000110 $356.36



009070568488 NOV 01 #0000000110 $356.36

**JPMorganChase**

September 29, 2007 through October 31, 2007
Primary Account: **000312976861865**

ACCOUNT # 000312976861866



008870192907 OCT 29 #0000000106 $1,185.12



008870192907 OCT 29 #0000000106 $1,185.12



008670744621 OCT 30 #0000000107 $2,910.96



008670744621 OCT 30 #0000000107 $2,910.96

September 29, 2007 through October 31, 2007
Primary Account: 000312976861865

ACCOUNT # 000312976861866

JPMORGAN CHASE BANK, N.A.
VOID AFTER 90 DAYS
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
10/30/2007
10/29/2007
JAMES STEVENS

⑈00000108⑈ ⑆021000021⑆ 312976861866⑈ ⑈0000143172⑈

008670744622 OCT 30 #0000000108 $1,431.72

Do not endorse or write below this line.
10/30/2007

008670744622 OCT 30 #0000000108 $1,431.72

101564006060000066

30631130020010012516

**JPMorganChase**

September 29, 2007 through October 31, 2007

Primary Account: **000312976861865**

| IMAGES | ACCOUNT # 000312976861866 |
|---|---|




008570569753 OCT 25 #0000000104 $4,563.50

008570569753 OCT 25 #0000000104 $4,563.50





008570569756 OCT 25 #0000000105 $2,474.70



008570569756 OCT 25 #0000000105 $2,474.70

Page 4 of 6